KEMP et al. v. JENNINGS. (Circuit Court of Appeals, Eighth Circuit. September 29, 1902.) No. 1,831. In Error to the Court of Appeals of the United States for the Indian Territory. O. W. Patchell, for defendant in error. Docketed and dismissed, pursuant to rule 16 (31 C. C. A. clix, 90 Fed. clix), on motion of the defendant in error.

---

LARIMORE et al. v. WRIGHT. (Circuit Court of Appeals, Ninth Circuit. October 6, 1902.) No. 885. In Error to the District Court of the United States for the Second Division of the District of Alaska. Ira D. Orton, F. D. Fuller, J. C. Campbell, and W. H. Metson, for plaintiffs in error. Upon motion of J. C. Campbell, Esq., counsel for plaintiffs in error, cause dismissed.

---

LOUISVILLE TRUST CO. v. LOUISVILLE, N. A. & C. RY. CO. (Circuit Court of Appeals, Seventh Circuit. October 30, 1902.) No. 785. Appeal from the Circuit Court of the United States for the District of Indiana. St. John Boyle and Swager Sherley, for appellant. Adrian H. Joline, G. W. Kretzinger, E. C. Field, and H. B. Turner, for appellee. Dismissed on motion of counsel for appellant.

---

LOUISVILLE & N. R. CO. et al. v. MILLER GRAIN & ELEVATOR CO. (Circuit Court of Appeals, Eighth Circuit. September 29, 1902.) No. 1,742. In Error to the Circuit Court of the United States for the Eastern District of Missouri. P. Taylor Bryan, F. W. Lehmann, and Percy Werner, for plaintiffs in error. Adiel Sherwood and Frederick H. Bacon, for defendant in error. Writ of error dismissed, at costs of plaintiffs in error, pursuant to stipulation.

---

McCLAUGHRY v. READ. (Circuit Court of Appeals, Eighth Circuit. October 27, 1902.) No. 1,745. Appeal from the Circuit Court of the United States for the District of Kansas. John S. Dean, for appellant. John H. Atwood and William W. Hooper, for appellee. Dismissed, on motion of appellant, without costs to either party in this court.

---

NATIONAL BANK OF REPUBLIC v. CITY NAT. BANK. (Circuit Court of Appeals, Seventh Circuit. September 24, 1902.) No. 919. In Error to the Circuit Court of the United States for the Northern District of Illinois. Jacob Newman, for plaintiff in error. Joseph H. Defrees, John G. Campbell, and William Brace, for defendant in error. Dismissed on stipulation of counsel.

---

NORTHERN PAC. RY. CO. v. CUNNINGHAM. (Circuit Court of Appeals, Ninth Circuit. September 8, 1902.) No. 824. In Error to the Circuit Court of the United States for the Northern Division of the District of Washington. James F. McElroy and B. S. Grosscup, for plaintiff in error. Ballinger, Ronald & Battle, for defendant in error. Upon stipulation of counsel for the respective parties, cause dismissed.